1 Michelle L. Spaulding
State Bar #237459
2 SUMMIT DEFENSE, PLC
770 L Street, Suite 950
3 Sacramento, Ca. 95814
(916) 601-2020  Phone
4 (916) 720-0650  Fax

5 Attorney for Defendant:
ERIKA CARLTON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIKA MICHELE CARLTON,<br><br>Defendant | No. 2:12-CR-00231<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kyle Reardon, Assistant United States Attorney, Michelle Spaulding, attorney for defendant Erika Carlton; that the previously-scheduled sentencing hearing be vacated and the matter continued to January 3, 2013 at 9:00 a.m.  Defendant hereby waives time for this continuance.

    This continuance is requested to accommodate defense counsel's calendar conflict.

                                          Respectfully submitted,

Dated October 29, 2012

                                          /s/ Michelle L. Spaulding
                                          MICHELLE L. SPAULDING
                                          Attorney for Defendant
                                          ERIKA CARLTON

Dated October 29, 2012

BENJAMIN B. WAGNER<br>
UNITED STATES ATTORNEY<br><br>
By: /s/ Michelle L. Spaulding for<br>
KYLE REARDON<br>
Assistant U.S. Attorney<br>
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that the previously-scheduled sentencing date of November 1, 2012, be vacated and the matter be set for sentencing on January 3, 2013, at 9:00 a.m., for the reasons set forth above.

Dated: October 30, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE